IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MOTILE OPTICS, LLC** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:15cv1178-RWS-JDL** |
| | § | |
| **DIGITAL PRODUCTS** | § | |
| **INTERNATIONAL, INC.** | § | |

# FINAL JUDGMENT

Pursuant to the Notice of Voluntary Dismissal, the Court hereby enters Final Judgment. Plaintiff Motile Optics, LLC filed suit against Digital Products International, Inc. on December 30, 2015.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 19th day of April, 2016.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE